## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| *In re BP plc Securities Litigation* | MDL 2185<br>Case No. 4:10-md-02185<br>**This Document Relates To All**<br>**Individual Actions** |
| *Alameda Cnty. Emps.' Ret. Assoc. et al. v. BP p.l.c. et al.* | No. 4:12-cv-1256 (cons.) |
| *Connecticut Ret. Plans & Trusts Funds et al. v. BP p.l.c. et al.* | No. 4:12-cv-1272 |
| *Ohio Public Emps. Ret. Sys. et al. v. BP p.l.c. et al.* | No. 4:12-cv-1837 |
| *South Yorkshire Pensions Auth. et al. v. BP p.l.c. et al.* | No. 4:12-cv-2362 (cons.) |
| *Mondrian Global Equity Fund, L.P. et al. v. BP p.l.c. et al.* | No. 4:12-cv-3621 |
| *Houston Mun. Emps. Pension Sys. et al. v. BP p.l.c. et al.* | No. 4:12-cv-3714 |
| *Avalon Holdings, Inc., et al. v. BP p.l.c., et al.* | No. 4:12-cv-3715 |

|  |  |
|---|---|
| *Stichting Pensioenfonds Metaal en Techniek et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0069 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | No. 4:13-cv-0129 |
| *KBC Asset Mgmt. NV, et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0517 |
| *Deutsche Asset Mgmt. Investmentgesellschaft MBH* v. *BP p.l.c. et al.* | No. 4:13-cv-0887 |
| *N.Y.C. Emps.' Ret. Sys. et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-1393 |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c., et al.* | No. 4:13-cv-3397 |

## [PROPOSED] SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial:          The Parties anticipate that an estimate as to the timing and duration of trial(s) can be revisited at a later stage.

Jury: **X**       Non-Jury: ___ (Jury trials demanded)

| | |
|---|---|
| 1. A PROPOSED DEPOSITION PROTOCOL ORDER to govern the conduct of depositions to be noticed by the parties in the MDL 2185 individual actions must be submitted, reflecting competing proposals if/as needed. | January 10, 2014 |
| 2. FACT DISCOVERY must be completed by:<br><br>Written Discovery requests are untimely if filed so close to this deadline that the recipient would not be required under the Fed. R. Civ. P. to respond until after the deadline. | 120 days after the earliest of the following three events to occur: (1) full dismissal of the ADS class action, *In re BP p.l.c. Secs. Litig.*, 4:10-md-02185 (the "Class Case"), on summary judgment; (2) execution of a stipulation of settlement of the Class Case; or (3) entry of a jury verdict in the Class Case. |
| 3. MOTIONS SEEKING LEAVE TO AMEND, if any, must be filed. | 30 days following the end of fact discovery |
| 4. EXPERT WITNESSES for the PLAINTIFFS will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. | 60 days following end of fact discovery |
| 5. EXPERT WITNESSES for the DEFENDANTS will be identified by a report listing the qualification of each expert, each opinion that the expert will present, and the basis for it. | 45 days following production of Plaintiffs' expert report(s). |
| 6. EXPERT DISCOVERY, including depositions, completed. | 45 days following production of Defendants' expert report(s). |
| 7. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) filed. | 60 days after close of expert discovery. |
| 8. OPPOSITIONS to dispositive and non-dispositive motions filed. | 60 days after motions filed. |
| 9. REPLIES on dispositive and non-dispositive motions filed. | 45 days after oppositions filed. |

| 10. JOINT PRETRIAL ORDER and MOTIONS IN LIMINE filed. | 60 days after decision on dispositive motions. |
|---|---|
| 11. OPPOSITIONS to motions in limine filed. | 14 ~~45~~ days after motions filed. |
| 12. TRIAL(S) commences for actions not previously dismissed or transferred back to transferor forums at the close of discovery. | To be determined. |

December 10, 2013

Keith P. Ellison
United States District Judge

December 6, 2013

/s/ Sammy Ford IV
Sammy Ford IV
Federal Bar No. 950682
Texas Bar No. 24061331
ABRAMAN, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND
800 Commerce Street
Houston, Texas 77002
Tel: (713) 222-7211
Fax: (713) 225-0827

*Attorneys in Charge for the Alameda, South Yorkshire, Mondrian, HESTA, Stichting, New York City, and Nova Scotia Plaintiffs*

December 6, 2013

/s/ Matthew L. Tuccillo
Marc I. Gross
Jeremy A. Lieberman
Jason S. Cowart
Matthew L. Tuccillo
Emma Gilmore
Jessica N. Dell
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS, LLP
600 Third Avenue
New York, NY 10016
Tel: 212-661-1100
Fax: 212-661-8665

*Attorneys for the Alameda, South Yorkshire, Mondrian, HESTA, Stichting, New York City, and Nova Scotia Plaintiffs*

December 6, 2013

___/s/ Bernardo S. Garza_____
Bernardo S. Garza
Federal Bar No. 4779
Texas Bar No. 03663500
CALLIER & GARZA, LLP
4900 Woodway, Suite 700
Houston, TX 77056
Tel: (713) 439-0248
Fax: (713) 439-1908

*Attorneys in Charge for the Connecticut Action Plaintiffs*


December 6, 2013

__/s/ Matthew L. Mustokoff_____
Gregory M. Castaldo
Matthew L. Mustokoff
Michelle M. Newcomer
Margaret E. Onasch
KESSLER TOPAZ MELTZER
   & CHECK, LLP
280 King of Prussia Road
Radnor, PA 198087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Attorneys for the Connecticut Action Plaintiffs*

December 6, 2013

/s/ Gregory M. Utter
Gregory M. Utter
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Phone: (513) 579-6540
Fax: (5

*Attorneys for the Ohio Action Plaintiffs*

December 6, 2013

/s/ Jeffrey C. Block
Jeffrey C. Block
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA 02110
Phone: (617) 398-5600
Fax: (617) 507-6020

*Attorneys for the Ohio Action Plaintiffs*

December 6, 2013

/s/ Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorneys in charge for Defendants BP p.l.c.,*
*BP America, Inc., and BP Exploration &*
*Production, Inc.*

December 6, 2013

         /s/ Daryl A. Libow
Daryl A. Libow (pro hac vice)
Amanda F. Davidoff
Elizabeth A. Rose
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com
rosee@sullcrom.com

*Attorneys for Defendants BP p.l.c., BP
America, Inc., and BP Exploration &
Production, Inc.*


December 6, 2013

         /s/ Marc. De Leeuw
Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
Matthew A. Peller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com
pellerm@sullcrom.com

*Attorneys for Defendants BP p.l.c., BP
America, Inc., and BP Exploration &
Production, Inc.*

December 6, 2013

   Kathleen H. Goodhart
Kathleen H. Goodhart
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

Stephen C. Neal
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000

*Attorneys for Andrew G. Inglis*


December 6, 2013

   /s/ Theodore V. Wells, Jr.
Theodore V. Wells, Jr. (pro hac vice)
Roberto Finzi (pro hac vice)
Jaren Janghorbani (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

*Attorneys for Defendant Douglas Suttles*


December 6, 2013

   /s/ Patrick F. Linehan
Patrick F. Linehan (pro hac vice)
Reid H. Weingarten (pro hac vice)
Brian M. Heberlig (pro hac vice)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

*Attorneys for Defendant David Rainey*

December 6, 2013

/s/ Joe Kendall
Joe Kendall
3232 McKinney Avenue
Suite 700
Dallas, TX 75204
Tel.:  (214) 744-3000
Fax:  (214) 744-3015

**SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.**
Mark S. Willis
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Tel.:  (202) 756-3601
Fax:  (202) 756-3602

Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirarchi
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel.:  (215) 496-0300
Fax:  (215) 496-6611

*Attorneys for the Avalon and Houston Action Plaintiffs*


December 6, 2013

/s/ J. Brandon Walker
Ira M. Press
J. Brandon Walker
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Fax: (212) 699-1194

*Attorney for the KBC and Deutsche Action Plaintiffs*