UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION | § § § | MDL No. 10-md-2185 |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM et al. Plaintiffs, | § § § § § | Civ. Act. No. 4:12-cv-1837 |
| v. | § § | |
| BP P.L.C. Defendant. | § § § | |

## ORDER

The Court previously denied Defendant BP p.l.c.'s motion to dismiss Plaintiffs' securities law claims based on choice of law and the Dormant Commerce Clause. (Doc. No. 65, at 17-22.) The Court has reconsidered this ruling and finds that neither Plaintiffs' original complaint (Doc. No. 1-1) nor their amended complaint (Doc. No. 70) adequately alleges a territorial nexus between their Ohio securities law claims and the state of Ohio. The Court therefore **GRANTS** Defendant BP p.l.c.'s Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 80). Plaintiffs' Ohio securities law claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiffs have 30 days from the entry of this order to amend their complaint to reassert their English common law claims, if they so wish.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of April, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE