**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| -------------------------------------------------- | No. 4:12-cv-1256 (cons.) |
| This document relates to: | No. 4:12-cv-1272 |
| *Alameda Cnty. Empls.' Ret. Assoc. et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-1837 |
| *Connecticut Ret. Plans & Trust Funds et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-2362 (cons.) |
| | No. 4:12-cv-3621 |
| *Ohio Public Empls. Ret. Sys. et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-3714 |
| *South Yorkshire Pensions Authority et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-3715 |
| | No. 4:13-cv-0069 |
| *Mondrian Global Equity Fund, L.P. et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0129 |
| *Houston Municipal Employees Pension System et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0517 |
| | No. 4:13-cv-0887 |
| *Avalon Holdings Inc. et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-1393 |
| *Stichting Pensioenfonds Metaal en Techniek et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-3397 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | Honorable Keith P. Ellison |
| *KBC Asset Management NV et al.* v. *BP p.l.c. et al.* | |
| *Deutsche Asset Management Investmentgesellschaft mbH* v. *BP p.l.c. et al.* | |
| *New York City Employees' Retirement System et al.* v. *BP p.l.c. et al.* | |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c. et al.* | |

**STIPULATION AND ORDER**

WHEREAS, a Proposed Deposition Protocol Order concerning the above-captioned actions is due to be submitted to the Court by January 28, 2015;

HOU:3519763.1

IT IS HEREBY STIPULATED respectfully by the parties that, subject to the approval of the Court, the deadline to submit the Proposed Deposition Protocol Order will be extended until March 3, 2015.

STIPULATED AND AGREED:

Dated: January 27, 2015

| OF COUNSEL: | */s/ Thomas W. Taylor* |
|---|---|
| | Thomas W. Taylor |
| Daryl A. Libow (pro hac vice) | Texas State Bar No. 19723875 |
| Amanda F. Davidoff (pro hac vice) | S.D. Tex. Bar No. 3906 |
| SULLIVAN & CROMWELL LLP | ANDREWS KURTH LLP |
| 1701 Pennsylvania Avenue, N.W. | 600 Travis, Suite 4200 |
| Washington, D.C.  20006 | Houston, TX  77002 |
| Telephone:  (202) 956-7500 | Telephone:  (713) 220-4200 |
| libowd@sullcrom.com | Facsimile:   (713) 220-4285 |
| davidoffa@sullcrom.com | ttaylor@andrewskurth.com |

Richard C. Pepperman, II (pro hac vice)   *Attorney-in-Charge for Defendants*
Marc De Leeuw (pro hac vice)   *(except David Rainey)*
SULLIVAN & CROMWELL LLP
125 Broad Street   Kathleen H. Goodhart
New York, NY  10004   COOLEY LLP
Telephone:  (212) 558-4000   101 California Street, 5th Floor
peppermanr@sullcrom.com   San Francisco, CA  94111
deleeuwm@sullcrom.com   Telephone:  (415) 693-2000

*Attorneys for Defendants*   *Attorneys for Defendant Andrew G. Inglis*
*(except David Rainey)*

Theodore V. Wells, Jr.   */s/ Patrick F. Linehan*
Roberto Finzi   Patrick F. Linehan
Jaren Janghorbani   Reid H. Weingarten
Patrick J. Somers   Brian M. Heberlig
PAUL, WEISS, RIFKIND,   STEPTOE & JOHNSON LLP
WHARTON & GARRISON LLP   1330 Connecticut Avenue, NW
1285 Avenue of the Americas   Washington, D.C.  20036
New York, NY  10019   Telephone:  (202) 429-3000
Telephone:  (212) 373-3000   Facsimile:  (202) 429-3902

*Attorneys for Defendant Douglas Suttles*   Michael W. Manger

                JONES WALKER LLP
                201 St. Charles Avenue
                50th Floor
                New Orleans, LA 70170
                Telephone: (504) 582-8316
                Facsimile: (504) 582-8583

                *Attorneys for Defendant David Rainey*

| | |
|---|---|
| */s/ Matthew L. Tuccillo* | */s/ Matthew L. Mustokoff* |
| Matthew L. Tuccillo | Matthew L. Mustokoff |
| POMERANTZ LLP | KESSLER TOPAZ MELTZER & CHECK, LLP |
| 600 Third Avenue | 280 King of Prussia Road |
| New York, NY  10016 | Radnor, PA  19087 |
| Telephone: (212) 661-1100, ext. 294 | Telephone:  (610) 667-7706 |
| Toll-free: 888-476-6529, ext. 294 | Facsimile:  (610) 667-7056 |
| Facsimile: (212) 661-8665 | |

*Attorney for the Alameda, South Yorkshire, Mondrian, Stichting, HESTA, New York City, and Nova Scotia Action Plaintiffs*

*Attorney for the Connecticut Action Plaintiffs*

*/s/ Gregory M. Utter*
Gregory M. Utter
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH  45202
Tel: (513) 579-6540
Fax: (513) 579-6457
*Attorney for the Ohio Action Plaintiffs*

*/s/ Daniel J. Mirarchi*
Daniel J. Mirarchi
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorney for the Houston and Avalon Action Plaintiffs*

*/s/ J. Brandon Walker*
J. Brandon Walker
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Attorney for the KBC and Deutsche Action Plaintiffs*

IT IS SO ORDERED.

Signed: _____, 2015

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

HOU:3519763.1