UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| ------------------------------------------------- | |
| This document relates to: | No. 4:12-cv-1256 (cons.) |
| | No. 4:12-cv-1272 |
| *Alameda Cnty. Empls.' Ret. Assoc. et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-1837 |
| *Connecticut Ret. Plans & Trust Funds et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-2362 (cons.) |
| | No. 4:12-cv-3621 |
| *Ohio Public Empls. Ret. Sys. et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-3714 |
| *South Yorkshire Pensions Authority et al.* v. *BP p.l.c. et al.* | No. 4:12-cv-3715 |
| *Mondrian Global Equity Fund, L.P. et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0069 |
| | No. 4:13-cv-0129 |
| *Houston Municipal Employees Pension System et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0517 |
| *Avalon Holdings Inc. et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-0887 |
| *Stichting Pensioenfonds Metaal en Techniek et al.* v. *BP p.l.c. et al.* | No. 4:13-cv-1393 |
| | No. 4:13-cv-3397 |
| *HESTA Super Fund* v. *BP p.l.c. et al.* | Honorable Keith P. Ellison |
| *KBC Asset Management NV et al.* v. *BP p.l.c. et al.* | |
| *Deutsche Asset Management Investmentgesellschaft mbH* v. *BP p.l.c. et al.* | |
| *New York City Employees' Retirement System et al.* v. *BP p.l.c. et al.* | |
| *Nova Scotia Health Employees' Pension Plan* v. *BP p.l.c. et al.* | |

**STIPULATION AND ORDER**

WHEREAS, a Proposed Deposition Protocol Order concerning the above-captioned actions is due to be submitted to the Court by January 28, 2015;

IT IS HEREBY STIPULATED respectfully by the parties that, subject to the approval of the Court, the deadline to submit the Proposed Deposition Protocol Order will be extended until March 3, 2015.

STIPULATED AND AGREED:

Dated: January 27, 2015

| OF COUNSEL: | /s/ Thomas W. Taylor |
|---|---|

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

*Attorneys for Defendants
(except David Rainey)*

Theodore V. Wells, Jr.
Roberto Finzi
Jaren Janghorbani
Patrick J. Somers
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

*Attorneys for Defendant Douglas Suttles*

/s/ Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants
(except David Rainey)*

Kathleen H. Goodhart
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Defendant Andrew G. Inglis*

/s/ Patrick F. Linehan
Patrick F. Linehan
Reid H. Weingarten
Brian M. Heberlig
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Michael W. Manger

JONES WALKER LLP
201 St. Charles Avenue
50th Floor
New Orleans, LA 70170
Telephone: (504) 582-8316
Facsimile: (504) 582-8583

*Attorneys for Defendant David Rainey*

/s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100, ext. 294
Toll-free: 888-476-6529, ext. 294
Facsimile: (212) 661-8665

*Attorney for the Alameda, South Yorkshire, Mondrian, Stichting, HESTA, New York City, and Nova Scotia Action Plaintiffs*

/s/ *Gregory M. Utter*
Gregory M. Utter
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6540
Fax: (513) 579-6457
*Attorney for the Ohio Action Plaintiffs*

/s/ *J. Brandon Walker*
J. Brandon Walker
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Attorney for the KBC and Deutsche Action Plaintiffs*

IT IS SO ORDERED.

/s/ *Matthew L. Mustokoff*
Matthew L. Mustokoff
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorney for the Connecticut Action Plaintiffs*

/s/ *Daniel J. Mirarchi*
Daniel J. Mirarchi
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorney for the Houston and Avalon Action Plaintiffs*

Signed: January 28, 2015

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

HOU:3519763.1