UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation* | No. 4:10-md-02185 |
| ------------------------------------- | |
| This document relates to: | No. 4:12-cv-1256 (cons.) |
| | No. 4:12-cv-1272 |
| *Alameda Cnty. Empls.' Ret. Assoc. et al. v. BP p.l.c. et al.* | No. 4:12-cv-1837 |
| *Connecticut Ret. Plans & Trust Funds et al. v. BP p.l.c. et al.* | No. 4:12-cv-2362 (cons.) |
| | No. 4:12-cv-3621 |
| *Ohio Public Empls. Ret. Sys. et al. v. BP p.l.c. et al.* | No. 4:12-cv-3714 |
| *South Yorkshire Pensions Authority et al. v. BP p.l.c. et al.* | No. 4:12-cv-3715 |
| *Mondrian Global Equity Fund, L.P. et al. v. BP p.l.c. et al.* | No. 4:13-cv-0069 |
| | No. 4:13-cv-0129 |
| *Houston Municipal Employees Pension System et al. v. BP p.l.c. et al.* | No. 4:13-cv-0517 |
| *Avalon Holdings Inc. et al. v. BP p.l.c. et al.* | No. 4:13-cv-0887 |
| *Stichting Pensioenfonds Metaal en Techniek et al. v. BP p.l.c. et al.* | No. 4:13-cv-1393 |
| | No. 4:13-cv-3397 |
| *HESTA Super Fund v. BP p.l.c. et al.* | Honorable Keith P. Ellison |
| *KBC Asset Management NV et al. v. BP p.l.c. et al.* | |
| *Deutsche Asset Management Investmentgesellschaft mbH v. BP p.l.c. et al.* | |
| *New York City Employees' Retirement System et al. v. BP p.l.c. et al.* | |
| *Nova Scotia Health Employees' Pension Plan v. BP p.l.c. et al.* | |

**STIPULATION AND ORDER**

WHEREAS, a Proposed Deposition Protocol Order concerning the above-captioned actions is due to be submitted to the Court by March 3, 2015;

IT IS HEREBY STIPULATED respectfully by the parties that, subject to the approval of the Court, the deadline to submit the Proposed Deposition Protocol Order will be extended until a date agreed by the parties.

STIPULATED AND AGREED:
Dated: March 2, 2015

OF COUNSEL:

Daryl A. Libow (pro hac vice)
Amanda F. Davidoff (pro hac vice)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
libowd@sullcrom.com
davidoffa@sullcrom.com

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw (pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
peppermanr@sullcrom.com
deleeuwm@sullcrom.com

*Attorneys for Defendants (except David Rainey*

Theodore V. Wells, Jr.
Roberto Finzi
Jaren Janghorbani
Patrick J. Somers
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

*Attorneys for Defendant Douglas Suttles*

/s/ Thomas W. Taylor
Thomas W. Taylor
Texas State Bar No. 19723875
S.D. Tex. Bar No. 3906
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
ttaylor@andrewskurth.com

*Attorney-in-Charge for Defendants (except David Rainey)*

Kathleen H. Goodhart
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

*Attorneys for Defendant Andrew G. Inglis*

/s/ Patrick F. Linehan
Patrick F. Linehan
Reid H. Weingarten
Brian M. Heberlig
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Michael W. Manger
JONES WALKER LLP
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170
Telephone: (504) 582-8316
Facsimile: (504) 582-8583

*Attorneys for Defendant David Rainey*

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
POMERANTZ LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100, ext. 294
Toll-free: 888-476-6529, ext. 294
Facsimile: (212) 661-8665

*Attorney for the Alameda, South Yorkshire, Mondrian, Stichting, HESTA, New York City, and Nova Scotia Action Plaintiffs*

*/s/ Gregory M. Utter*
Gregory M. Utter
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6540
Fax: (513) 579-6457

*Attorney for the Ohio Action Plaintiffs*

*/s/ J. Brandon Walker*
J. Brandon Walker
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Attorney for the KBC and Deutsche Action Plaintiffs*

*/s/ Matthew L. Mustokoff*
Matthew L. Mustokoff
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorney for the Connecticut Action Plaintiffs*

*/s/ Daniel J. Mirarchi*
Daniel J. Mirarchi
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Attorney for the Houston and Avalon Action Plaintiffs*

IT IS SO ORDERED.

Signed: March 6, 2015

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE